UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| MICHELLE L. H., | Case No. 6:20-cv-01293-CL |
|---|---|
| Plaintiff, | |
| vs. | ORDER AWARDING ATTORNEY FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based upon the stipulation of the parties, it is hereby ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §§ 2412, attorney fees in the amount of $5,610.10 and $74.10 in expenses/costs for a total reimbursement of $5,684.20 be awarded to Plaintiff.

If Plaintiff does not owe an outstanding debt eligible under the Federal Treasury Offset Program, Defendant shall make the check payable to Plaintiff's attorney, John E. Haapala, Jr. Defendant shall mail the check to Plaintiff's attorney at: John Haapala, 401 E 10th Ave., Suite 240, Eugene, Oregon, 97401.

There are no other costs or expenses to be paid herein.

Dated this _27th_ of August 2021.

MARK D. CLARKE
United States Magistrate Judge

Submitted by:
John E. Haapala

ORDER AWARDING ATTORNEY FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT